B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
District of Maryland

In re **Richard Baffour & Josephine Baffour** ,  Case No. **13-12081**
Debtor    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** MetLife Home Mortgage | **Describe Property Securing Debt:** Condominium |
|---|---|

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

---

Property No. 2 *(if necessary)*

| **Creditor's Name:** Wells Fargo Home Mortgage | **Describe Property Securing Debt:** Condominium |
|---|---|

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

B8 (Official Form 8) (12/08)                                       Page 2

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 **NO Leased Property** | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES      ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES      ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES      ☐ NO |

  __2____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: **6/10/2013**_____        **/s/ Richard Baffour**_____
                                                                        Signature of Debtor

                                                                       **/s/ Josephine Baffour**_____
                                                                       Signature of Joint Debtor

B8 (Official Form8)(12/08)                                                                                         Page 3

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

**Property No: 3**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| One Main Financial<br>14196 Baltimore Ave<br>Laurel, MD  20707 | 1999 Chrysler 300M |

Property will be *(check one)*:

[✓] Surrendered          [ ] Retained

If retaining the property, I intend to  *(check at least one)*:

[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain _____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
[ ] Claimed as exempt          [✓] Not claimed as exempt

---

**Property No: 4**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Tower Credit Union | 2007 Dodge Calibur |

Property will be *(check one)*:

[ ] Surrendered          [✓] Retained

If retaining the property, I intend to  *(check at least one)*:

[ ] Redeem the property
[✓] Reaffirm the debt
[ ] Other. Explain _____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
[✓] Claimed as exempt          [ ] Not claimed as exempt

B8 (Official Form 8)(12/08)     Page 4

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

**Property No: 5**

**Creditor's Name:** MetLife

**Describe Property Securing Debt:** Garage Unit G40 @ 13851 Belle Chasse Blvd.

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

---

**Property No: 6**

**Creditor's Name:** Wells Fargo

**Describe Property Securing Debt:** Garage Unit G40 @ 13851 Belle Chasse Blvd.

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt